IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:06-cv-00272

| | | |
|---|---|---|
| FIRST GASTON BANK OF NORTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| ST. PAUL FIRE AND MARINE INSURANCE CO. | ) ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court upon correspondence which the court construes as an informal consent motion to extend the deadline for dispositive motions. (Document #12). Although the parties did not specifically request an extension for discovery, in the interests of efficiency and consistency, the Court will grant an extension for both discovery and dispositive motions. The trial date of September 10, 2007 will remain the same. Therefore, it is hereby ordered that:

The deadline for discovery is May 30, 2007.

The deadline for dispositive motions is June 30, 2007.

Signed: April 6, 2007

Graham C. Mullen
United States District Judge