IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV272

| | |
|---|---|
| FIRST GASTON BANK OF NORTH CAROLINA, <br>       Plaintiff, <br><br> v. <br><br> ST. PAUL FIRE AND MARINE INSURANCE CO., <br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

  THIS MATTER is before the Court upon correspondence which the court construes as an informal consent motion to amend the Pre-Trial Order.

  IT IS ORDERED that the Pretrial Order and Case Management Plan is amended as follows:

1. Expert reports due from plaintiff by **June 30, 2007**, and from defendant by **August 7, 2007.**

2. Discovery and mediation shall be completed by **August 20, 2007**.

3. Dispositive motions shall be filed by **September 20, 2007.**

4. This trial of this matter will be removed from the Court's September 7, 2007 trial calendar and is rescheduled for the **January 14, 2008** term.

  IT IS SO ORDERED.

            Signed: May 30, 2007

            Graham C. Mullen
            United States District Judge