UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV272

| | |
|---|---|
| FIRST GASTON BANK OF NORTH CAROLINA, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ST. PAUL FIRE AND MARINE INSURANCE CO., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby continued to the **February 4, 2008** term of court in Charlotte at 10:00 a.m.

**IT IS SO ORDERED**.

Signed: August 1, 2007

Graham C. Mullen
United States District Judge

**Signed: November 22, 2005**

Graham C. Mullen
Chief United States District Judge