IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV272

| | |
|---|---|
| FIRST GASTON BANK OF NORTH CAROLINA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. PAUL FIRE AND MARINE INSURANCE, )<br>Defendant. )<br>)<br>_____ ) | ORDER |

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Docket # 18].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: November 8, 2007

Graham C. Mullen
United States District Judge